UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA – Richmond

DATE: 12/20/13   Tape: F7R   CASE NUMBER: 13MJ503

MAGISTRATE JUDGE: _____   INTERPRETER: _____

USA vs. Andrew Michael Jones   Attorney for United States: David Maguire

Attorney for Defendant: Paul Gill

Date of Arrest: 12/20/13   ✓ Initial appearance   ___ Govt's motion to unseal

✓ Court summarized charges   ✓ Deft, advised of Rule 5 rights   ___ Financial affidavit submitted for approval

✓ Counsel to be appointed   ___ Defendant to retain counsel   ✓ Govt's motion to detain deft.

Detention hearing set for _____   ___ Order of Temporary detention

**DETENTION HEARING:**

WITNESSES: _____

___ Govt. adduced evidence   ___ Defendant adduced evidence   ___ Arguments heard

___ Findings stated from bench   ___ Defendant ordered released on PR Bond   ___ Defendant held w/o bond
                                ___ electronic monitoring

                                ___ 3rd party custodian   ___ flight risk
___ Defendant waived hearing   ___ Motion for continuance  ___ govt. ___ deft.   ___ danger

**PRELIMINARY HEARING:**

WITNESSES: _____

___ Govt. adduced evidence   ___ Defendant adduced evidence   ___ Arguments heard

___ Findings stated from bench   ___ Defendant waived hearing   ___ probable cause found

___ Motion for continuance ___ govt. ___ deft.

**BOND CONDITIONS:**

_____ Residence/travel restricted to EDVA
_____ Pretrial Supervision
_____ No drugs
_____ No firearms
_____ No Alcohol _____ no excessive use of alcohol
_____ Maintain/seek employment _____ show proof of income
_____ Avoid contact with potential witnesses, victims, etc.
_____ substance abuse testing _____ treatment _____ pay costs as directed
_____ mental health evaluation and/or treatment _____ pay costs
_____ electronic monitoring _____ pay costs
_____ 3rd party custodian
_____ maintain contact with attorney
_____ surrender passport -- obtain no other travel documents
_____ if defendant pleads guilty or is found guilty report to USPO
_____ May report to AUSA with approval of attorney
_____ Custodian must immediately report any violation of conditions

ADDITIONAL CONDITIONS: _____

Deft executed waiver of Rule 5 Hearing
Deft to be removed to Southern District of New York
Deft remanded to custody

Case set: 11:10  Case called: 11:14  Case Ended: 11:21  Total Time in Court: :07

Recess: